**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** ____

Debtor   **Devan L Strange**                    SS#   **xxx-xx-0510**        Median Income   ☒ Above   ☐ Below
Address   **177 Miggins Rd Canton, MS 39046-0000**

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may
be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of   **60**   months, not to be less than 36 months for below median income debtor(s),
or less than 60 months for above median income debtor(s).

(A)        Debtor shall pay $  **1,636.00**    per **monthly**  to the Chapter 13 Trustee. Unless otherwise ordered by the Court,
an Order directing payment shall be issued to Debtor's employer at the following address:
**Debtor has enlisted in Army Reserves and will receive**
**basic training pay from January 2015-July 2015;**
**therefore, debtor proposes to pay directly.**

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:               $   **4,369.47**           @   **73.82**                  /month
Mississippi Dept. of Revenue:         $   **0.00**                   @   **0.00**                    /month

**DOMESTIC SUPPORT OBLIGATION** DUE TO:
**-NONE-**
POST PETITION OBLIGATION: In the amount of $ per month beginning .
To be paid _____ direct, _____ through payroll deduction, or _____ through the plan.
**-NONE-**
PRE-PETITION ARREARAGE: In the total amount of $ through  shall be paid the amount of $ per month beginning
To be paid _____ Direct _____ through payroll deduction _____ through the plan.

**HOME MORTGAGES**. All claims secured by real property which are to be paid through the plan shall be scheduled
below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein,
subject to the start date for the continuing monthly mortgage payment proposed herein.
MTG PMTS TO:  **Bank of America  (M&T)**   BEGINNING  **March 2015**   @$   **583.09** ☒PLAN ☐DIRECT
MTG ARREARS TO:  **Bank of America  (M&T)**   THROUGH   **February 2015** $   **6,262.36** @$   **104.37** /MO*

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor:          **-NONE-**                          Approx. amt. due:                   Int. Rate:
Property Address:                                        Are related taxes and/or insurance escrowed   Yes        No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under
11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such
creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of
the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| **Americredit Financial** | **2009 Chevy Silverado Z71** | | 19,382.08 | 14,692.00 | 5.00% | **Pay Value** |
| **Santander Consumer USA** | **2012 Suzuki Grand Vitara - 910 auto** | X | 17,751.96 | 10,440.00 | 5.00% | **Amt. Owed** |
| **Tower Loan of Canton** | **HHG** | | 1,114.42 | 1,200.00 | 5.00% | **Amt. Owed** |
| **United Consumer Finance** | **Lawn mower** | | 823.20 | 1,000.00 | 5.00% | **Amt. Owed** |

Debtor's Initials   **DS**    Joint Debtor's Initials _____                    CHAPTER 13 PLAN, PAGE 1 OF 2

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| **Quantum Group/ Sterling Jewelers** | **Jewelry** | | **1,835.29** | **2,000.00** | **5.00%** | **Amt . Owed** |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| **Charles Schwab** | **401(k) Loan** | **3,000.00** | **Pay zero; already payroll deducted** |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| **Sallie Mae** | **$723.63** | **Unknown** | **Pay zero; not attempting to discharge. Military to pay off loans for debtor.** |
| **Dep't of Education/Nel Net** | **$4,001.19** | **Unknown** | **Pay zero; not attempting to discharge. Military to pay off loans for debtor.** |
| **Dep't of Education/Nel Net** | **$9,320.52** | **Unknown** | **Pay zero: not attempting to discharge. Military to pay off loans for debtor.** |
| **Sallie Mae** | **$1,255.64** | **Unknown** | **Pay zero: not attempting to discharge. Military to pay off loans for debtor.** |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   **-NONE-**

**GENERAL UNSECURED DEBTS** totaling approximately $ **9,363.32**  claims must be timely filed and not disallowed to receive payment as follows: ___ IN FULL (100%) or **0** % (percent) MINIMUM, or a total distribution of $___, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ **3,200.00**
Attorney Fees Previously Paid $ **190.00**
Attorney fees to be paid in plan $       **3,010.00**

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent
**State Farm**

**927 E Peace St**
**Canton, MS 39046**
Telephone/Fax   **601-859-8554**

Attorney for Debtor (Name/Address/Phone # / Email)
**William W. Stover, Jr.**
**511 East Pearl Street**
**Jackson, MS 39201**

Telephone/Fax   **601-949-5000**
Facsimile No.   **601-510-9089**
E-mail Address   **wes.stover@sgtlawfirm.com; johngadow@yahoo.com; btyler@pgtlaw.com**

DATE: **January 30, 2015**

DEBTOR'S SIGNATURE   /s/ Devan Strange
ATTORNEY'S SIGNATURE   /s/ William W. Stover, Jr.